1 | GREGORY A. BROWER
United States Attorney
2 | RONALD C. RACHOW
Assistant United States Attorney
3 | 100 West Liberty Street, Suite 600
Reno, Nevada 89501
4 | (775) 784-5438

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

3:09-cr-00068-BES-RAM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | INDICTMENT FOR VIOLATION OF: |
| v. | ) | TITLE 29, UNITED STATES CODE, SECTION 439(c) - Falsification, Concealment of Destruction of Financial Records Required to be Kept by Labor Unions (Count One) |
| MONICA PEASLEE, | ) | |
| Defendant. | ) | TITLE 29, UNITED STATES CODE, SECTION 501(c) - Embezzlement and Theft of Labor Union Assets (Count Two) |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

At all times material to this Indictment, Teamsters Local 533 was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, et seq., required to file an annual financial (LM series) report with the Secretary of Labor.

From on or about March 1, 2008 to June 16, 2008 in the District of Nevada, the defendant MONICA PEASLEE, did willfully make a false entry in, conceal and destroy a record required to be kept by Section 436 of title 29, United States Code, that is checks and invoices of union fund expenditures, a record of matters required to be reported in the annual financial report of Teamsters Local 533 which was required to be filed with the Secretary of Labor for such labor organization's fiscal year ending December 31, 2008; all in violation of Title 29, United States Code, Section 439(c).

## COUNT TWO

From on or about March 1, 2008 to June 16, 2008 in the District of Nevada the defendant MONICA PEASLEE, while a person employed, directly and indirectly, by Teamsters Local 533, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $13,156.00 in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

GREGORY A. BROWER
United States Attorney

RONALD C. RACHOW
Assistant United States Attorney